

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00585-CV

Kay Lynn **MAYNARD** f/k/a Kay Lynn Maynard Booth,
Appellant

v.

William **BOOTH**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVH-001376-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellee's motion to dismiss is DENIED as moot.

It is ORDERED that appellee recover his costs of this appeal from appellant.

SIGNED November 27, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice